**JS-6**

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

PEDRO JOAQUIN AGUILERA-MERLO,

Petitioner,

v.

MARKWAYNE MULLIN, et al.,

Respondents.

Case No. 5:26-CV-03715-CTS

**JUDGMENT**

Pursuant to the Order Granting Petition for Writ of Habeas Corpus filed September 29, 2026 (ECF No. 13), IT IS ADJUDGED that the Petition is GRANTED.

DATED: September 30, 2026

CHRISTINA T. SHAY
UNITED STATES MAGISTRATE JUDGE